Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Helen N. Acheson**
**aka Noreen Acheson**
   Debtor(s)

Bankruptcy Case No.: 19–20849–JAD
Doc. #36
Chapter: 13
Docket No.: 37 – 36
Concil. Conf.: October 15, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 18, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 15, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 20, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20849-JAD
Helen N. Acheson                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 2              Date Rcvd: Jul 20, 2020
                              Form ID: 410            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
```
db            +Helen N. Acheson,    102 Herron Street,   Box 724,   Midway, PA 15060-1121
15004783      +Allegheny Health Network,    PO Box 645266,   Pittsburgh, PA 15264-5250
15004784       Allegheny Health Network,    PO Box 6458266,   Pittsburgh, PA 15264
15004785      +Apria HealthCare,   PO Box 724,    Midway, PA 15060-0724
15004787      +Commonwealth Financial Systems,    245 Main Street,   Scranton, PA 18519-1641
15004788      +Commonwealth health Systems,    245 Main Street,   Scranton, PA 18519-1641
15004791       EBAY,   2415 Hamiliton Avenue,   San Jose, CA 95125
15004792      +First National Bank,   3015 Glimcher Boulevard,   Hermitage, PA 16148-3343
15015153      +First National Bank of Pennsylvania,    4140 E. State Street,   Hermitage, PA 16148-3401
15004793       Health Care Solutions,    PO Box 690397,   Midway, PA 15060
15004794      +Lending Club,   PO Box 659622,   San Antonio, TX 78265-9622
15004795      +Lifeline Sleep Centers,    PO Box 1259,   Department#140418,   Oaks, PA 19456-1259
15004797      +Penny Mac,   PO Box 514387,   Los Angeles, CA 90051-4387
15051812      +PennyMac Loan Services, LLC,    P.O. Box 2410,   Moorpark, CA 93020-2410
15004798      +State Collection Service,    PO Box 1280,   Oaks, PA 19456-1280
15004802      +Washington Health System,    PO Box 16243,   Pittsburgh, PA 15242-0243
15047717      +Windstream,   Attn: Financial Services,   1720 Galleria Blvd,   Charlotte, NC 28270-2408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 05:15:36
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15015901      +E-mail/Text: documentfiling@lciinc.com Jul 21 2020 05:11:28      COMCAST,   PO BOX 1931,
               Burlingame, CA 94011-1931
15004786      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 05:15:32      Capital One,
               PO Box 71083,   Charlotte, NC 28272-1083
15029128       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 05:15:32
               Capital One Bank (USA), N.A.,   by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15004789      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2020 05:14:43      Credit One Bank,
               PO Box 60500,   City of Industry, CA 91716-0500
15004790      +E-mail/Text: legal@delta.org Jul 21 2020 05:12:45      Delta Dental,   PO Box 1809,
               Alpharetta, GA 30023-1809
15041918       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 05:15:14      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15030384       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 21 2020 05:14:59      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
15004796      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 21 2020 05:14:57      Merrick Bank,
               PO Box 660702,   Dallas, TX 75266-0702
15018855       E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 05:11:56
               Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
15046563       E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 05:11:56
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
15004799      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:23      Sychrony Bank/Lowes,
               PO Box 105972,   Atlanta, GA 30348-5972
15005067      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:24      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15048568      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:23      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
15004800      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:24      Synchrony Bank/Care Credit,
               PO Box 960061,   Orlando, FL 32896-0061
15004801      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:24      Synchrony Bank/Walmart,
               PO Box 105972,   Atlanta, GA 30348-5972
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2            User: skoz                 Page 2 of 2               Date Rcvd: Jul 20, 2020
                                Form ID: 410               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Joseph Peter Nigro    on behalf of Debtor Helen N. Acheson nigroj@verizon.net,
           chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```