Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Helen N. Acheson** | : | Case No. 19−20849−JAD |
| **aka Noreen Acheson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Doc. #36 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 7th of October, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20849-JAD |
| Helen N. Acheson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: 309 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen N. Acheson, 102 Herron Street, Box 724, Midway, PA 15060-1121 |
| 15004783 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15004784 | | Allegheny Health Network, PO Box 6458266, Pittsburgh, PA 15264 |
| 15004785 | + | Apria HealthCare, PO Box 724, Midway, PA 15060-0724 |
| 15004787 | + | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15004788 | + | Commonwealth health Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15004791 | | EBAY, 2415 Hamiliton Avenue, San Jose, CA 95125 |
| 15004792 | + | First National Bank, 3015 Glimcher Boulevard, Hermitage, PA 16148-3343 |
| 15015153 | + | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15004793 | | Health Care Solutions, PO Box 690397, Midway, PA 15060 |
| 15004794 | + | Lending Club, PO Box 659622, San Antonio, TX 78265-9622 |
| 15004795 | + | Lifeline Sleep Centers, PO Box 1259, Department#140418, Oaks, PA 19456-1259 |
| 15004797 | + | Penny Mac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15051812 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15004798 | + | State Collection Service, PO Box 1280, Oaks, PA 19456-1280 |
| 15004802 | + | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15047717 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 08 2020 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15015901 | + | EDI: LCIFULLSRV | Oct 08 2020 04:48:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15004786 | + | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15029128 | | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15004789 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2020 02:50:07 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15004790 | + | Email/Text: legal@delta.org | Oct 08 2020 01:50:00 | Delta Dental, PO Box 1809, Alpharetta, GA 30023-1809 |
| 15041918 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:48:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030384 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2020 02:51:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15004796 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2020 02:51:23 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15046563 | | EDI: Q3G.COM | Oct 08 2020 04:48:00 | Quantum3 Group LLC as agent for, Comenity |

Case 19-20849-JAD    Doc 43    Filed 10/09/20    Entered 10/10/20 01:47:54    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: skoz | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 309 | Total Noticed: 33 |

| Recip ID | | EDI | Date | Name and Address |
|---|---|---|---|---|
| | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15018855 | | EDI: Q3G.COM | Oct 08 2020 04:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15004799 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Sychrony Bank/Lowes, PO Box 105972, Atlanta, GA 30348-5972 |
| 15048568 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15005067 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15004800 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 15004801 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Walmart, PO Box 105972, Atlanta, GA 30348-5972 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Joseph Peter Nigro
    on behalf of Debtor Helen N. Acheson nigroj@verizon.net
    chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4