**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HELEN N. ACHESON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20849 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/04/2019 and confirmed on 04/23/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 5,155.34 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,155.34 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 242.86 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 242.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 1879 | 0.00 | 3,811.79 | 0.00 | 3,811.79 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 1879 | 637.85 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 0485 | 8,225.00 | 1,100.69 | 0.00 | 1,100.69 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 1879 | 1,284.05 | 0.00 | 0.00 | 0.00 |
| | | | | 4,912.48 |
| **Priority** | | | | |
| JOSEPH P NIGRO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HELEN N. ACHESON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NIGRO & ASSOCIATES LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| 19-20849 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ALLEGHENY HEALTH NETWORK<br>Acct: 2101 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC<br>Acct: 6306 | 125.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 2101 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 2101 | 0.00 | 0.00 | 0.00 | 0.00 |
| APRIA HEALTH CARE<br>Acct: T350 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 7760 | 2,246.25 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC<br>Acct: 0987 | 880.40 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC<br>Acct: 2490 | 140.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC<br>Acct: 9888 | 74.80 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 2101 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 3586 | 2,197.64 | 0.00 | 0.00 | 0.00 |
| DELTA DENTAL<br>Acct: 7356 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELTA DENTAL<br>Acct: 2726 | 0.00 | 0.00 | 0.00 | 0.00 |
| EBAY INC<br>Acct: 8450 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS<br>Acct: 8041 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT COMENI<br>Acct: 3163 | 1,533.04 | 0.00 | 0.00 | 0.00 |
| LIFELINE SLEEP CENTERS<br>Acct: 7733 | 0.00 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 6323 | 1,296.55 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC<br>Acct: 9008 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3564 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2691 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3367 | 126.16 | 0.00 | 0.00 | 0.00 |
| WASHINGTON HEALTH SYSTEM<br>Acct: 9340 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 0485 | 20.29 | 0.00 | 0.00 | 0.00 |
| COMCAST<br>Acct: 6260 | 232.21 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2691 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WINDSTREAM COMMUNICATIONS<br>Acct: 1680 | 107.07 | 0.00 | 0.00 | 0.00 |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 4,912.48 |
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 10,146.90 |
| UNSECURED | 8,979.41 |

Date: 11/11/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com